IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JEFFREY KLEIN, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 04-955 |
| | : | |
| NATIONAL PASSENGER | : | |
| RAILROAD CORPORATION, a/k/a | : | |
| AMTRAK, et al., | : | |
| Defendants | : | |

# O R D E R

STENGEL, J.

**AND NOW**, this 2nd day of October, 2006, upon consideration of defendants' motion in limine to preclude the plaintiffs from offering any evidence regarding, or making reference to, the interoffice memorandum of November 17, 1983, and the June 20, 1984 letter (Document #91), and the plaintiffs' response thereto (Document #98), it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.