# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY KLEIN, et al.,** | : | **CIVIL ACTION** |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 04-955 |
| | : | |
| **NATIONAL PASSENGER** | : | |
| **RAILROAD CORPORATION, a/k/a** | : | |
| **AMTRAK, et al.,** | : | |
| Defendants | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this 10th day of October, 2006, upon consideration of defendants' motion in limine to preclude the plaintiffs from offering any evidence regarding, or making reference to, prior trespasser electrical contacts or the other subjects mentioned in defendants' other motions in limine for the purpose of proving punitive damages (Document #90), and the plaintiffs' response thereto (Document #98), it is hereby ORDERED that the motion is DENIED.

                                          BY THE COURT:

                                            /s/ Lawrence F. Stengel
                                          LAWRENCE F. STENGEL, J.