

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY KLEIN and BRETT BIRDWELL, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN CORPORATION, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 04-CV-955 (LFS) |

**FILED**

AUG 6 2009

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 10th day of August, 2009, upon consideration of the defendants' Motion for Leave to File Under Seal defendants' Uncontested Motion to Vacate, it is hereby ORDERED that the Motion to Seal is GRANTED; and

IT IS FURTHER ORDERED that defendants' Uncontested Motion to Vacate shall be sealed.

BY THE COURT:

_____
Hon. Lawrence F. Stengel, J.