

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY KLEIN and BRETT BIRDWELL, | |
| Plaintiffs, | |
| v. | CIVIL ACTION |
| NATIONAL RAILROAD PASSENGER CORPORATION and NORFOLK SOUTHERN CORPORATION, | NO. 04-CV-955 (LFS) |
| Defendants. | |

**FILED**
AUG 6 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this ___ day of _August_____, 2009, upon consideration of the defendants' Uncontested Motion for Leave to File Under Seal defendants' Uncontested Motion to Seal, it is hereby ORDERED that the Motion For Leave to File Under Seal is GRANTED; and

IT IS FURTHER ORDERED that defendants' Uncontested Motion to Seal shall be sealed.

BY THE COURT:

_____
Hon. Lawrence F. Stengel, J.