IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY KLEIN and<br>BRETT BIRDWELL, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | No. 04-CV-955 |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION and<br>NORFOLK SOUTHERN<br>CORPORATION, | : | |
| | : | |
| Defendants. | : | |
| | : | JURY TRIAL DEMANDED |

## SATISFACTION OF JUDGMENT

Please mark the judgment in this case satisfied in full, with prejudice, with each party to bear his (or its) own costs and attorneys' fees.

/s/ Jennifer S. Snyder
JOSEPH F. RODA
Atty. I.D. No. 20615

JENNIFER S. SNYDER
Atty. I.D. No. 89495
Signature Code: JSS1891

RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Tel:  (717) 892-3000

*Attorneys for Plaintiffs*

DATED:  September 3, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Satisfaction of Judgment was today electronically filed and is available for viewing and/or downloading from the Court's ECF system.

Electronic service will be made via ECF notification on the following:

>Nancy Winkelman, Esquire
>Schnader, Harrison, Segal & Lewis
>Suite 3600, 1600 Market Street
>Philadelphia, Pennsylvania 19103-7286

>Paul F. X. Gallagher, Esquire
>Gallagher, Rowan & Egbert, P.C.
>1500 Walnut Street, Suite 1600
>Philadelphia, Pennsylvania 19102

I further certify that I have today caused to be served, via first class mail, postage-prepaid, a true and correct copy of the foregoing Satisfaction of Judgment on the following:

>William G. Ballaine, Esquire
>Landman, Corsi, Ballaine & Ford, PC
>27th Floor, 120 Broadway
>New York, New York 10271

>/s/ Jennifer S. Snyder
>JENNIFER S. SNYDER

DATED:  September 3, 2009